# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
———————————————

No. 1D18-1899
———————————————

KRISTINA LEIGHTNER WOOLF,

   Petitioner,

v.

ANTHONY M. WOOLF,

   Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.


October 31, 2018


PER CURIAM.

   The petition for writ of prohibition is denied on the merits.

RAY, KELSEY, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

A. Richard Troell and William L. Ketchersid of Ward & Ketchersid, P.A., Destin, for Petitioner.

Anthony M. Woolf, pro se, Respondent.